**No. 58966.**—F. W. Woolworth Co. *v.* United States, protests 228786–K and 232592–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden mats the same in all material respects as those subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 58967.**—Dorf International, Inc.. *v.* United States, protest 244470–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely. (Section 514, Tariff Act of 1930.)

**No. 58968.**—Roberts, Reilly & Sons *v.* United States, protest 248328–K (A) (New York).

Opinion by OLIVER, C. J. The motion to dismiss was granted.

**No. 58969.**—Antoine Chiris Co., Inc. *v.* United States, protests 148193–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.